UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM,
     Plaintiff,

v.                                                                  Case No. 1:20-cv-310

MIKE WALZZAK, et al.,                             HONORABLE PAUL L. MALONEY
     Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed

a motion to dismiss.  The matter was referred to the Magistrate Judge, who issued a Report and

Recommendation on November 30, 2020, recommending that this Court grant the motion in part

and deny the motion in part.  The Report and Recommendation was duly served on the parties.  No

objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is

APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 32) is GRANTED

IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED** that Plaintiff's claims all are dismissed for failure to

comply with Judge Janet T. Neff's January 6, 2016, Order, save for Plaintiff's Eighth Amendment

claims against Defendants Rubley, Ramirez, Frost, McCully, Walczak, Blackman, McBride, and

Hadden.

Dated:  January 4, 2021                                     /s/  Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge