UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM, #272603,　)
    Plaintiff,　)
         )　No. 1:20-cv-310
-v-　)
         )　HONORABLE PAUL L. MALONEY
MIKE WALCZAK, et al.,　)
    Defendants.　)
         )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 54), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** April 9, 2021　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　United States District Judge